ACCEPTED
05-18-00646-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 8:29 AM
LISA MATZ
CLERK

## CAUSE NO. DF-16-12105

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE 255TH |
| MARRIAGE OF | § | |
| ROSA M. BARRETT | § | DISTRICT COURT |
| AND | § | |
| ROBERT W. BARRETT | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 8:29:23 AM
LISA MATZ
Clerk

## RESPONDENT ROBERT W. BARRETT, JR.'S NOTICE OF APPEAL

Respondent Robert W. Barrett, Jr. desires to appeal from the Final Decree of Divorce signed by this Court on April 20, 2018, and he appeals to the Court of Appeals for the Fifth District of Texas at Dallas.

Respectfully submitted,

/s/ Robert W. Barrett, Jr.
Robert W. Barrett, Jr.
Pro Se
7704 Heather Ridge Court
Irving, Texas 75063
(214) 336-9525
bob.barrett63@gmail.com

## CERTIFICATE OF SERVICE

On June 4, 2018, I served a copy of this document to counsel for Petitioner Rosa M. Barrett.

/s/ Robert W. Barrett, Jr.
Robert W. Barrett, Jr.